W. Devoe and the C. T. Reynolds Company, against Edward P. Barker and others. J. B. Green, for appellants. J. M. Ward, for respondents. No opinion. Order affirmed, with costs.

PEOPLE ex rel. FLAHERTY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division. First Department. March 16, 1900.) Proceedings by the people of the state of New York, on the relation of John F. Flaherty, against Theodore Roosevelt and others. W. A. Sweetser, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs. See 59 N. Y. Supp. 1111.

PEOPLE ex rel. KEANE, Respondent, v. COMMON COUNCIL OF CITY OF OLEAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Proceedings by the people of the state of New York, on the relation of William R. Keane, against the common council of the city of Olean. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. McCARTHY, Appellant, v. MOSS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 9, 1900.) Proceedings by the people of the state of New York, on the relation of Patrick McCarthy, against Frank Moss and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex · rel. TYNG, Respondent, v. FEITNER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Proceedings by the people of the state of New York, on the relation of Charles R. Tyng, against Thomas L.· Feitner and others. T. Connoly, for appellants. J. W. Weed, for respondent. No opinion. Order affirmed, with costs. See 57· N. Y. Supp. 313.

PEPLOE, Respondent, v. CONNERS, Appellant. (Supreme Court, Appellate Term. March 5, 1900.) Action by John W. Peploe against Thomas J. Conners. Judgment for plaintiff, and defendant appeals. Affirmed.

PER CURIAM. The record shows that the trial justice found that the plaintiff had done the work in a thorough, workmanlike manner, and therefore the questions propounded to defendant's experts which were disallowed by the trial justice became immaterial. If the work was in fact finished as required by the contract, the questions above referred to were unnecessary. Judgment affirmed, with costs.

PICKEN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by Albert J. Picken against Erskine D. Smith, impleaded, etc.

PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the recovery to the sum of $5,000, in which event the judgment and order, as thus modified, are affirmed, without costs of this appeal to either party.

PLUMB v. METROPOLITAN ST. RY. ·CO. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Mary A. Plumb, as administratrix, against the Metropolitan Street-Railway Company. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 1145.

PLUMMER, Appellant, v. MAYOR, etc., Respondent. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by James H. Plummer against the mayor, etc. F. D. Dowley, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

PODMORE, Appellant, v. BANK FOR SAVINGS, Respondent. (City Court of New York, General Term. April 5, 1900.) Action by one Podmore, administrator, against the Bank for Savings. From an order requiring plaintiff to give security for costs, he appeals. Reversed. Michael Schapp and Edward Hymes, for appellant. Strong & Cadwalader, for respondent.

HASCALL, J. Before arguing this appeal upon its merits, a motion to dismiss the same was brought to the attention of the court upon general grounds, the principal one of which was alleged laches, and a subsidiary one of which appears to be indisposition of the respondent to accept inevitable results. That motion is denied. Under the decision of the appellate term in Podmore v. Bank, 62 N. Y. Supp. 526, upon authority of Pursley v. Rodgers, 44 App. Div. 139, 61 N. Y. Supp. 1015, which of course bind us, the order appealed from cannot stand. Order reversed, with $10 costs and disbursements of appeal.

McCARTHY, J., concurs.

PURDY v. PURDY. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) Action by Thirza Purdy, as administratrix, etc., against Edward J. Purdy.

PER CURIAM. Order amended, so as to read as follows: "Judgment and order reversed, upon questions of law only, the court having examined the facts and found no error therein, and a new trial granted; costs to abide the event." See 62 N. Y. Supp. 153.

PUTNAM, Respondent, v. HENDERSON et al., Appellants. (Supreme Court, Appellate Division, First Department. April 2, 1900.) Action by James D. Putnam against Henderson, Hull & Co. T. H. Friend, for appellants. J. A. Beall, for respondent. No opinion. Judgment affirmed, with costs.

PUTNAM, Respondent, v. HENDERSON et al., Appellants. (Supreme Court, Appellate Division, First Department. April 2, 1900.) Action by James D. Putnam against Henderson, Hull & Co. W. C. Wolf, for appellants. J. A. Beall, for respondent. No opinion. Judgment affirmed, with costs. See 63 N. Y. Supp. 250.